# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHG COMPANIES, INC. d/b/a COMPHEALTH, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SA HOSPITAL ACQUISITION GROUP, LLC, d/b/a SOUTH CITY HOSPITAL, a Delaware limited liability company,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EXPEDITED SHORT FORM DISCOVERY MOTION**<br><br>Case No. 2:22-cv-450-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff CHG Companies, Inc. d/b/a CompHealth ("Plaintiff") filed a Short Form Discovery Motion pursuant to DUCivR 37-1 to address unresolved deficiencies in Defendant's discovery responses. Having considered the motion and any response thereto, and finding good cause, it is hereby ORDERED that:

1. Defendant's objections to Interrogatory Nos. 1-6 are overruled. Defendant shall serve full and complete responses to each interrogatory within seven calendar days of the date of this order.

2. Plaintiff is entitled to recover the reasonable attorney's fees and costs it incurred in connection with this discovery dispute. Plaintiff's counsel is directed to file an affidavit to establish the fees and costs, if any, incurred to resolve the discovery issues which will then be considered by the Court.

1

SO ORDERED THIS _____ DAY OF _____, 2023

_____
Magistrate Judge Daphne A. Oberg

## CERTIFICATE OF SERVICE

  I certify that on the 14th day of February 2023, a copy of the foregoing was filed using the Court's Electronic Filing System and was therefore automatically sent by electronic mail to all counsel of record.

                /s/ Michael C. Barnhill
                Counsel for Plaintiff