Michael C. Barnhill (12439)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile:  (801) 931-2500
mcbarnhill@michaelbest.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHG COMPANIES, INC. d/b/a COMPHEALTH, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SA HOSPITAL ACQUISITION GROUP, LLC, d/b/a SOUTH CITY HOSPITAL, a Delaware limited liability company,<br><br>Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 2:22-cv-450-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff CHG Companies, Inc. d/b/a CompHealth and Defendant SA Hospital Acquisition Group, LLC d/b/a South City Hospital, by and through their counsel of record, and pursuant to the court's April 4, 2023 order and the Discovery Management Order, submit their joint status report.  The parties state that they have reached an agreement in principle to resolve this case, and they are currently working on the written settlement agreement.  The parties anticipate filing a motion to dismiss once the settlement agreement is finalized and executed.

Dated this the 18th day of April 2023.

                                                              /s/ Michael C. Barnhill
                                                              Counsel for Plaintiff

Dated this the 18th day of April 2023.

                                                              /s/ Mayer S. Klein
                                                              Counsel for Defendant

## CERTIFICATE OF SERVICE

  I certify that on the 18th day of April 2023, a copy of the foregoing was filed using the Court's Electronic Filing System and was therefore automatically sent by electronic mail to all counsel of record.

/s/ Michael C. Barnhill
Counsel for Plaintiff
