Michael C. Barnhill (12439)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile:  (801) 931-2500
mcbarnhill@michaelbest.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHG COMPANIES, INC. d/b/a COMPHEALTH, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SA HOSPITAL ACQUISITION GROUP, LLC, d/b/a SOUTH CITY HOSPITAL, a Delaware limited liability company,<br><br>Defendant. | **STATUS REPORT**<br><br>Case No. 2:22-cv-450-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff CHG Companies, Inc. d/b/a CompHealth, by and through its undersigned counsel of record, and pursuant to the court's May 22, 2023 order, submits its status report. Plaintiff learned on June 5, 2023 that a credit put Defendant into receivership, and a judge issued an order preventing Defendant's counsel from taking any action on Defendant's behalf. Plaintiff's counsel has reached out to the receiver's counsel to discuss the receivership and the status of this case.

Dated this the 6th day of June 2023.

/s/ Michael C. Barnhill
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that on the 6th day of June 2023, a copy of the foregoing was filed using the Court's Electronic Filing System and was therefore automatically sent by electronic mail to all counsel of record.

                                                    /s/ Michael C. Barnhill
                                                    Counsel for Plaintiff